IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>  Defendant. | Case No. 2:13-cv-1108-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**Stipulation of Dismissal**

Plaintiff Innovative Automation LLC ("Innovative Automation") and Target Corporation ("Target") file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Innovative Automation and Target (collectively the "Parties") stipulate that all of Innovative Automation's claims brought in this litigation are fully resolved and hereby dismissed with prejudice.  The Parties further stipulate that all of Target's counterclaims are dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

A proposed order is attached.

Dated: August 19, 2014

/s/ Derek A. Newman
Derek A. Newman
NEWMAN DU WORS LLP
1201 Third Avenue
Suite 1600
Seattle, Washington 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
dn@newmanlaw.com

Melissa Richards Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

ATTORNEYS FOR DEFENDANT
TARGET CORPORATION

Respectfully Submitted,

/s/      Seth A. Safier
Adam J. Gutride
Seth A. Safier
Todd M. Kennedy
Marie A. McCrary
GUTRIDE SAFIER LLP
835 Douglass St.
San Francisco, CA 94114
Tel. (415) 789-6390
Fax (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
marie@gutridesafier.com

Charles Ainsworth
PARKER BUNT & AINSWORTH
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Tel. (903) 531-3535
Fax (903) 533-9687
charley@pbatyler.com

ATTORNEYS FOR PLAINTIFF
INNOVATIVE AUTOMATION LLC

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on August 19, 2014, which will send notification to all counsel of record who are deemed to have consented to electronic service.

    /s/  *Marie A. McCrary*
    Marie A. McCrary